UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 16, 2011

No. 10-1554

MUKASH KUMA MANEKLAL PATEL,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,

Respondent

(BIA-1: A074-586-999 )

Present: BARRY, HARDIMAN and STAPLETON, Circuit Judges

Motion filed by Respondent Atty Gen USA to publish the opinion filed on 02/24/11.

Respectfully,
Clerk/trg

_____ORDER_____

The foregoing Motion is GRANTED. The designation of the opinion in this matter as precedential does not alter the Court's previously issued judgment. As such the filing date of the judgment and the decision remain unchanged.

By the Court,

/s/ Thomas M. Hardiman
Circuit Judge

Dated: April 25, 2011
CJG/cc: Matthew B. George, Esq.
Dawn S. Conrad, Esq.
Harold D. Block, Esq.